UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Titus McBride_

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

_Detective Albert Velez_
_Detective David Mischa_
_New York City Police Department_

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED: __6/24/15__

**AMENDED COMPLAINT**
under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial: ☑ Yes   ☐ No
(check one)

_15_ Civ. _3203_ ( )

RECEIVED SDNY PRO SE OFFICE
2015 JUN 24 A 9:13

I.   **Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's   Name _Titus McBride_
              ID# _3491405784_
              Current Institution _BNDC_
              Address _11-11 Hazen Street_
                      _East Elmhurst, New York 11370_

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name _Albert Velez_   Shield # _04287_
                  Where Currently Employed _Midtown North Precinct, of the_
                  Address _New York City Police department_
                          _52nd Street 8th Avenue, NY, N.Y_

Rev. 01/2010                                   1

Defendant No. 2   Name **David Mischa**   Shield # **517**
Where Currently Employed **New York City Police department**
Address **Warrant Squard**
**100th Street 3rd Avenue, New York, N.Y**

Defendant No. 3   Name **New York City police department**   Shield # **—**
Where Currently Employed
Address **One police plaza**
**New york, N.Y. 10038**

> Who did what?

Defendant No. 4   Name _____   Shield # ___
Where Currently Employed _____
Address _____

Defendant No. 5   Name _____   Shield # ___
Where Currently Employed _____
Address _____

## II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
**My Home at 900 Grand Concourse, Bronx New York 10451 Apartment 7EN**

B.   Where in the institution did the events giving rise to your claim(s) occur?
**The front door by force into my home**

C.   What date and approximate time did the events giving rise to your claim(s) occur?
**April 21, 2015 at 4:45 A.M. at 900 Grand Concourse Bronx, New York Apartment 7EN**

D.   Facts: **I woke up to some very loud banging on my door, when I answer the door A detective said that they wanted to ask me some Question's I partly open the door and the officers force their way into my home, and detained me when I ask the officers did they have a warrant**

> What happened to you?

Rev. 01/2010                                   2

I was told NO! we do not, but Someone down town want to talk to you. I then responded with the question Where is your Arrest Warrant and agin we do not have one. at the Same time my roommat Raul James Started having panic atacks because besides of the officers making Raul James go back into his room he has a nervous disorder and Stated having problem breathing he is a 73 year old man, detective David Mischa I beleive force the door open With the help of the other detective. I Was detained by the officers until 6:40 am when three more detective enter my home Without a Warrant I Was taken out by force of my home to a address in the bronx Westchester Squard those same officers broke into some ones home and it Was the Wrong address then the Officers took me from 100th St. 3rd Ave then Midtown north

| Was anyone else involved? | yes! my Room Mate Raul James |

| Who else saw what happened? | |

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

My injuries are a Violation of my Civil Right under Civil Rights Law § 40-d united States Constitution of the 4th, 14th 8th Amendment were Violated N.Y.C.P.L.R 203(f), 3211(a)(5) were Violated, my room mate and I had to Sustained Cruelty and mental Anguish. the way my home was Violated left my room mate Raul James that has a nervous disorder that is 73 years old paranoder and unable to sleep because of being schizophrenia, emotional distress

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

   Yes ____   No  X

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____N/A_____

_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____   No ____   Do Not Know N/A

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No ____   Do Not Know N/A

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____   No N/A

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No N/A

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _Civil Complaint Reveiw Board_

1. Which claim(s) in this complaint did you grieve? Civil Rights Law Violation § 40-d, 4th, 14th, 8th amendment U.S Constitution N.Y.S Constitution Violation article(1)section(11),(12), Hale v Henkel 201 US 1

2. What was the result, if any?

_____Pending_____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.

_Civil Complaint Review Board     CCRB_
_I filed a Notice of Claim With the City of New York office of the_
_Comptroller Claims and Adjudication, 1 Centre St. N.Y_

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

_____N/A_____

Rev. 01/2010                                         4

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

*Civilian Complaint Review Board*

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*Notice of Claim with the City of New York Office of the Comptroller 1 Centre Street, N.Y N.Y 10007-2341*

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). *To be Compensated for Violating my Civil Rights, Constitutional Right, the Supreme Court in Monroe V Pape (365 US 167). In Monroe, the Court held that a plaintiff whose Constitutional rights have been infringed by one acting under color of State law can bring a federal action under Section 1983 even where the state provides an adequate remedy at common law. See, Whitman, Constitutionals Torts the Statue was intended to create a species of tort liability in favor of person deprived of their Constitutional rights See Carey v Piphus, 435 US 247, 253 Imbler v. Pachtman 424 US 409, 417 Court of Claims Act subdivision (2) of Section (9) 89 N.Y.2d. 180 the monetary compensation in the amount of $250,000*

Rev. 01/2010                                                                 5

_____
_____
_____
_____

**VI.     Previous lawsuits:**

| On these claims |

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____   No **X**

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1.   Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____
_____

   _____3.   Docket or Index number _____
   _____4.   Name of Judge assigned to your case _____
          5.   Approximate date of filing lawsuit _____
          6.   Is the case still pending? Yes _____ No _____
               If NO, give the approximate date of disposition_____
          7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____

| On other claims |

C.   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes **X**   No _____

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1.   Parties to the previous lawsuit:

Plaintiff _Titus McBride_
Defendants _N.Y.C Correction Dept Warden Lemon_
_N.Y.C District Attorney's office_

   2.   Court (if federal court, name the district; if state court, name the county) _New York_
_Civil Court WRIT of Habeas Corpus 60 Centre St. N.Y N.Y_

   _____3.   Docket or Index number _____
   _____4.   Name of Judge assigned to your case _____
          5.   Approximate date of filing lawsuit _____

Rev. 01/2010                                6

6. Is the case still pending? Yes _X_ No ____
   If NO, give the approximate date of disposition_____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
   _____
   _____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _2_ day of __June__, 20_15_

Signature of Plaintiff   _Antwan McBride_

Inmate Number   _3491405785_

Institution Address   _RNDC_
_11-11 Hazen Street_
_East Elmhurst, N.Y 11370_

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _2_ day of __June__, 20_15_, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:   _Antwan McBride_

TITUS MCBRIDE #3491405784
RNDC 11-11 Hazen Street
East Elmhurst, New York 11370

NEW YORK NY 100
18 JUN 2015 PM 12 L

Pro-se
8613 6/23/15

RECEIVED
PRO SE OFFICE
2015 JUN 24 PM 8:30
USMDC SDNY
UNITED STATES COURTHOUSE

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
THE DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE
500 PEARL STREET - NEW YORK, NY 10007-1312