

RS OF McMAHON

December 20, 2016

Titus McBride #349-140-5784
R.N.D.C. 11-11 Hazen Street
East Elmhurst, New york, 11320

Chambers                    RE: 15 CV 3203
Chief Judge Colleen McMahon
United States Courthouse
500 pearl Street, New york, N.y 10007-1312

Attn; Chief Judge Colleen McMahon, & Titus McBride
Plaintiff Would like to submite addicional
Discovery to my file.

             Thank you

                 Titus McBride

RECEIVED
SDNY/PRO SE OFFICE
2017 JAN -4 PM 3:13

cc: David Cooper and assictance Mrs Kim
     the City of New york law department
   Corporation Counsel  Via fax (212) 356-3509
   100 Church Street, New york, Ny 10007

| Mask: | Gloves: |
|---|---|

**Clothing Description**
Head Gear:UNK Foot Gear:WORK BOOTS Color:TAN
Outer Wear:SWEAT SHIRT OR JOGGING JACKET Color:BROWN Other Clothing/Accessories:JEANS Color:BLUE

**Scars, Marks**
Distinguishing Body Marks (1):UNKNOWN Distinguishing Body Marks (2):UNKNOWN

| Impersonation of<br>UNKNOWN | If other | |
|---|---|---|

**Frequents Areas in the Confines of the Precinct(s)**

| Activity Address Location<br>OFFICE | Street | City | State | Zip | Apt # |
|---|---|---|---|---|---|
| Cross Street | | Intersection of<br>and | | | Premise Type |

| Activity Date<br>08/18/2015 | Activity Time<br>07:45 |
|---|---|

**Topic/Subject:**
(CLOSING) A-1 ARREST BY DETECTIVE

**Burglary Type:**
COMMERCIAL - BUILDING

**Summary of Investigation:**
1. On August 18, 2015, at approximately 0745 hours the undersigned requests to close the above listed complaint A-1 arrest by detective.

2. On July 18, 2013 at 1030 hours the undersigned did arrest Andrew Tramain for Burglary under arrest #M13663022-L.

3. On April 22, 2014 at 1445 hours Detective Stanley did arrest Titus McBride for Burglary under arrest #M14635775-Z.
4. On July 31, 2015 the undersigned received a notification from the OCME informing me that glove scrapings processed in this case did match Titus McBride's DNA on file.

5. On August 18, 2015 I received a notification from the OCME office stating A DNA sample taken from Titus McBride was compared to DNA recovered in complaint number # 2013-005-2797. Titus McBride's DNA is excluded from the DNA recovered in that case and he is not a match for the suspect.

6. Both subjects were arrested in this case and there are no outstanding suspects wanted. Due to these facts I request to close this complaint A-1 arrest by detective..

7. Case status Closed A-1 arrest by detective..................

| Reporting Officer: | Rank<br>DT2 | Name<br>JAMES MEEHAN | Tax Reg. No.<br>906807 | Command<br>241-MTS DET<br>SQUAD |
|---|---|---|---|---|
| Reviewing<br>Supervisor: | Manner of Closing<br>A - A ARREST BY<br>DETECTIVES | Date<br>Reviewed<br>08/18/2015 | Date of Next<br>Review | Name<br>PHILLIP<br>PANZARELLA | Supv. Tax No.<br>904744 |



**Office of Chief Medical Examiner**

**Department of Forensic Biology**

421 East 26th Street, New York, New York 10016
Telephone: 212.323.1200   Fax: 212.323.1590
Email: DNACertFileReq@ocme.nyc.gov
Official Website: http://www.nyc.gov/ocme

# Request for Forensic Biology Case File Certification

Date: 07/14/2016

Re:   People v. Titus McBride

Indictment No: 01811/2014

I am the assigned Assistant District Attorney on the above captioned case. I am requesting the following certified DNA case file(s):

FB 13 -02559   Name of Victim or Defendant: Titus McBride     Complaint No: 2013-005-02797

FB 13 -03162   Name of Victim or Defendant: Titus McBride     Complaint No: 2013-014-07969

FB ___ -_____   Name of Victim or Defendant: _____   Complaint No: _____

FB ___ -_____   Name of Victim or Defendant: _____   Complaint No: _____

Should you have any questions concerning this request, my telephone number is:
(212) 335-9189_____. You can also contact my paralegal, Rick Gonzalez_____ at
(212) 335-9013_____.

Sincerely,

*Charles*
*Kee*

Digitally signed by Charles Kee
DN: cn=Charles Kee,
o=ID, ou=Trial Bureau
30, email=kee@dany.nyc.gov,
c=US
Date: 2016.07.14 15:23:50
-04'00'

Assistant District Attorney

New York County DA's Office

Trial Bureau 30

One Hogan Place New York, NY 10013

FBio   7.14.16
OK
JM




# OFFICE OF CHIEF MEDICAL EXAMINER
### 520 First Avenue, New York, New York 10016

**Timothy D. Kupferschmid, Director**
**DEPARTMENT OF FORENSIC BIOLOGY**
**Charles S. Hirsch Center for Forensic Sciences**
**421 East 26th Street, New York, New York 10016**
Telephone: 212.323.1200  Email: DNALab@ocme.nyc.gov
Official Website: http://www.nyc.gov/ocme

**DATE:** July 31, 2015

## LABORATORY REPORT

**SUSPECT:** Titus McBride
**ARREST NO:** M14635775

**NYSID NO:** 04066745Q

**LAB NO:** FBS15-00719
**REPORT ID:** CRT-0715-0593

## RESULTS AND CONCLUSIONS

STR DNA typing using the AmpF/STR® Identifiler® PCR Amplification Kit was performed on the DNA sample from Titus McBride.  A DNA profile was determined.

This DNA profile was compared to the results in the following case:

| FB Number | Complaint Number | Entity | Case Report ID |
|-----------|------------------|--------|----------------|
| FB14-00752 | 2014-018-00717 | Gulam Contractor | CRT-0314-0716 |

The DNA profile of Titus McBride matches the DNA profile of Male Donor A to the sample listed below.

The DNA profile of Male Donor A is expected to be found in approximately **1 in greater than 6.80 trillion people:**

- glove scrapings (15 locus profile)

The DNA profile of Titus McBride could not be compared to the results in the following case due to an insufficient amount of DNA recovered from the evidence items submitted:

| FB Number | Complaint Number | Entity | Case Report ID |
|-----------|------------------|--------|----------------|
| FB13-03162 | 2013-014-07969 | Newsstand | CRT-0813-0412 |

**The DNA profile of Titus McBride is suitable for entry into the OCME local DNA databank.**




# OFFICE OF CHIEF MEDICAL EXAMINER

520 First Avenue, New York, New York 10016

Timothy D. Kupferschmid, Director
DEPARTMENT OF FORENSIC BIOLOGY
Charles S. Hirsch Center for Forensic Sciences
421 East 26th Street, New York, New York 10016
Telephone: 212.323.1200  Email: DNALab@ocme.nyc.gov
Official Website: http://www.nyc.gov/ocme

DATE: August 17, 2015

## LABORATORY REPORT

**SUSPECT:** Titus McBride  **NYSID NO:** 04066745Q  **LAB NO:** FBS15-00719
**ARREST NO:** M14635775  **REPORT ID:** CRT-0815-0015

## ADDITIONAL REPORT

This is an additional report. For previous results, evidence received, and disposition, see Case Report ID CRT-0715-0593.

## RESULTS AND CONCLUSIONS

STR DNA typing using the AmpF/STR® Identifiler® PCR Amplification Kit was previously performed on the DNA sample from Titus McBride. A DNA profile was determined.

This DNA profile was compared to the results in the following case:

| FB Number | Complaint Number | Entity Name | Case Report ID |
|---|---|---|---|
| FB13-02559 | 2013-005-02797 | Tim Sit Family News Stand | CRT-1013-0476 |

Titus McBride is **excluded** as a contributor to all samples where comparisons could be made.

**Analyst**  : Susan Horan
  (Criminalist, Level IV)
**Administrative Review Date**  : 08/17/2015
**Administrative Reviewer**  : Meshana Bourne